**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                                           Case No: 23–41703–KLT

VLADIMIR GRIBOVSKY,                                                                                  Chapter 13

Debtor(s).

**ORDER ON PARTIAL CASE FILING**

The petition commencing this case was filed on August 22, 2023. The following required documents have not been filed or outdated forms were used:

| Required Document | Form # (if applicable) | Not Filed | Outdated Form Used |
|---|---|---|---|
| **Voluntary Petition for Individuals Filing for Bankruptcy** | 101 *(12/22)* | ☐ | ☐ |
| **Credit Counseling Certificate** | 101 (part 5) *(12/22)* | ☐ | ☐ |
| **Creditor Matrix (names and addresses of all creditors)** |  | ☐ | ☐ |
| **Declaration About an Individual Debtor's Schedules** | 106Dec *(12/15)* | ☑ | ☐ |
| **Summary of Your Assets and Liabilities and Certain Statistical Information** | 106Sum *(12/15)* | ☑ | ☐ |
| **Schedule A/B: Property** | 106A/B *(12/15)* | ☑ | ☐ |
| **Schedule C: The Property You Claim as Exempt** | 106C *(04/22)* | ☑ | ☐ |
| **Schedule D: Creditors Who Have Claims Secured by Property** | 106D *(12/15)* | ☑ | ☐ |
| **Schedule E/F: Creditors Who Have Unsecured Claims** | 106E/F *(12/15)* | ☑ | ☐ |
| **Schedule G: Executory Contracts and Unexpired Leases** | 106G *(12/15)* | ☑ | ☐ |
| **Schedule H: Your Codebtors** | 106H *(12/15)* | ☑ | ☐ |
| **Schedule I: Your Income** | 106I *(12/15)* | ☑ | ☐ |
| **Schedule J: Your Expenses** | 106J *(12/15)* | ☑ | ☐ |
| **Schedule J–2: Expenses for Separate Household of Debtor 2** (required if debtor(s) indicated in part 1 of Form 106J that debtor 2 lives in a separate household) | 106J–2 *(12/15)* | ☐ | ☐ |
| **Statement of Financial Affairs for Individuals Filing for Bankruptcy** | 107 *(04/22)* | ☑ | ☐ |
| **Statement of Intention for Individuals Filing Under Chapter 7** | 108 *(12/15)* | ☑ | ☐ |
| **Statement About Your Social Security Numbers** | 121 *(12/15)* | ☐ | ☐ |

| Required Document | Form # (if applicable) | Not Filed | Outdated Form Used |
|---|---|---|---|
| **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period** | 122C–1 *(12/19)* | ☑ | ☐ |
| **Chapter 13 Calculation of Your Disposable Income** (required if debtor(s) check box 17b in part 2 of form 122C–1) | 122C–2 *(04/22)* | ☑ | ☐ |
| **Statement Under Penalty of Perjury re: Payment Advice Due Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv) (Payment Advices Cover Sheet)** and **All payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.** | See Other Local Forms | ☑ | ☐ |
| **Bankruptcy Petition Preparer's Notice, Declaration, and Signature** (required if the debtor(s) indicated on part 7 of Form 101 that the debtor(s) paid or agreed to pay someone who is not an attorney to help fill out their bankruptcy forms) | 119 *(12/15)* | ☐ | ☐ |
| **Disclosure of Compensation of Bankruptcy Petition Preparer** (required if the debtor(s) indicated on part 7 of Form 101 that the debtor(s) paid or agreed to pay someone who is not an attorney to help fill out their bankruptcy forms) | 2800 *(12/15)* | ☐ | ☐ |
| **Disclosure of Compensation of Attorney for Debtor** (must conform to LF 1007–1. *See* Local Rule 1007–1(a).) | Local Form 1007–1 | ☑ | ☐ |
| **Notice of Responsibilities of Chapter 13 Debtors and Their Attorneys** (must conform to LF 1007–3–1(13). *See* Local Rule 1007–3.) | Local Form 1007–3–1(7) | ☐ | ☐ |
| **Chapter 13 Plan** | Local Form 3015–1 *(01/22)* | ☑ | ☐ |

IT IS THEREFORE ORDERED:

1. The debtor(s) must file all documents identified above to avoid having the case dismissed. All documents identified above must be filed by September 6, 2023.

2. If the debtor(s) needs additional time to file the documents identified above, the debtor(s) must ask the court for more time on or before September 6, 2023. See 11 U.S.C. §§ 521 and 1307 and Federal Rule of Bankruptcy Procedure 1007(c) for more information.

3. The clerk must provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 8/23/23                                          Kesha L Tanabe
                                                        United States Bankruptcy Judge