**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

VLADIMIR GRIBOVSKY

Case No: 23–41703 – KLT

Debtor(s)

Chapter 13 Case

## NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION

The debtor(s) has not filed a Certification About a Financial Management Course (*see, e.g.*, Official Form 423) as required by Federal Rule of Bankruptcy Procedure 1007(b)(7). Failure to file the certification may result in the case being closed without entry of discharge. 11 U.S.C. § 1328(g)(1).

File this form with the Bankruptcy court.

This case will be closed without discharge unless the debtor(s) files the Certificate no later than the date when the last plan payment is to be made.

**File this form at the address below.**

**Bankruptcy Clerk's Office:**
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: 11/6/23

Tricia Pepin
Clerk, United States Bankruptcy Court

By: admin
Deputy Clerk

**mnb13fmz** 12/22

United States Bankruptcy Court

District of Minnesota

In re: Case No. 23-41703-KLT

VLADIMIR GRIBOVSKY  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 2
Date Rcvd: Nov 06, 2023     Form ID: mnb13fmz     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

**Recip ID    Recipient Name and Address**
db     + VLADIMIR GRIBOVSKY, 6301 BAY RIDGE RD, Mound, MN 55364-9523

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:**

**Name    Email Address**

George E. Warner, Jr.
    on behalf of Interested Party Brigadoon LLC george@warnerlawmn.com

Gregory A Burrell
    on behalf of Trustee Gregory A Burrell cmecfjzkmn@ch13mn.com

Gregory A Burrell
    cmecfjzkmn@ch13mn.com

John D. Lamey, III
    on behalf of Debtor 1 VLADIMIR GRIBOVSKY bankrupt@lameylaw.com MGangi@lameylaw.com;ewise@lameylaw.com

Orin J. Kipp
    on behalf of Interested Party Wilmington Trust National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, Asset-Backed Certificates, Series 2007-2 okipp@wgcmn.com, dkbenson@wgcmn.com;lfrancis@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 06, 2023 | Form ID: mnb13fmz | Total Noticed: 1 |

Terri A. Running
    on behalf of Creditor William Scott Gregory trunning@messerlikramer.com jstorberg@messerlikramer.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

TOTAL: 7