**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

**VLADIMIR GRIBOVSKY**

Case No: 23–41703 – WJF

Debtor(s)

Chapter 13 Case

**NOTICE OF RESCHEDULED CONFIRMATION HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Teleconference *ONLY*

on 1/25/24 at 10:30 AM

to consider and act upon the following:

*19* – Notice of Rescheduled Meeting of Creditors filed by Gregory A Burrell. Proof of Service. New meeting date and time: October 4, 2023, at 2:20 p.m.. (Burrell, Gregory)

Dated: 1/2/24

Tricia Pepin
Clerk, United States Bankruptcy Court

By: KariAnn
Deputy Clerk

**mnbntchrgBK** 05/22/2013 – FM