**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| In Re: | NOTICE OF MOTION AND MOTION FOR DISMISSAL OR CONVERSION |
| VLADIMIR GRIBOVSKY | Case No. - BKY 23-41703 WJF |
| Debtor(s) | Chapter 13 |

_____

TO: All parties in interest under LOCAL RULE 9013-3.

    1.    Gregory A. Burrell, Trustee, moves the Court for the relief requested below and gives notice of hearing.

    2.    The Court will hold a hearing on this motion at 10:30 a.m., or as soon thereafter as counsel may be heard, on **Thursday, January 25, 2024**. The hearing will be conducted telephonically. Please dial 1-888-684-8852 to call in for the hearing. When prompted, enter access code: 5988550. When prompted, enter security code: 0428. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

    3.    Any response to this motion must be filed and served not later than January 18, 2024, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays), *Unless a response opposing the motion is timely filed, the court may grant the motion without a hearing.*

    4.    The Court has jurisdiction of this motion pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. This motion arises under 11 U.S.C. §1307 and Bankruptcy Rule 1017. This motion is filed under Bankruptcy Rule 9013 and Local Rule 9013-1 *et seq*. The petition commencing this Chapter 13 case was filed on 8/22/23. The case is now pending in this Court.

    5.    If testimony is necessary as to any facts relevant to this motion, Shannon Haselman, Chapter 13 Office, 100 South Fifth Street, Suite 480, Minneapolis, Minnesota, will testify on behalf of the Trustee.

    6.    The Trustee requests that this case be dismissed or converted to a Chapter 7 case, and such other relief as the Court deems just, because Debtor(s) have failed to make payments to Trustee thereby creating current defaults or arrearages on plan payments of $590.00 as of January 3, 2024, and subsequent plan payments that may come due by the date of the hearing of this motion. The last payment credited to the Debtor(s)' account was on 10/30/2023. Total payments of $590.00 have been made to date hereof. Required monthly payments are currently $295.00.

**The January, 2024 payment is not included in the listed default amount.**

Any payment less than the amount required to bring the plan current will not prevent dismissal of this case. If the default, including the payment due for January, is brought current by the hearing date, the Trustee will strike the motion.

    **All payments to cure plan arrears must be made with a cashiers check or money order and sent to: Gregory A. Burrell; PO Box 860026; Minneapolis, MN 55486-0026. Do not send payments to the trustee's office.**

**NO PERSONAL CHECKS WILL BE ACCEPTED.**

**WHEREFORE,** the Trustee requests an order granting the relief prayed for herein.

          **Gregory A. Burrell, Trustee**

Dated: January 3, 2024     /e/ Heather M. Forrest
          Heather M. Forrest #0398764
          Jeffrey M. Bruzek   #319260
          Counsel for Chapter 13 Trustee
          100 South Fifth Street, Ste. 480
          Minneapolis, MN   55402
          (612) 338-7591

**VERIFICATION**

I, Shannon Haselman, an employee of the Trustee, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 3, 2024

          /e/ Shannon Haselman
          Shannon Haselman
          Chapter 13 Office

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In Re:

    VLADIMIR GRIBOVSKY

           Debtor(s)

UNSWORN DECLARATION FOR PROOF OF SERVICE

Case No. - BKY 23-41703 WJF
Chapter 13

---

I, Shannon Haselman, declare that on the date stated below I served a copy of the Notice of Motion and Motion for Dismissal or Conversion and Unsworn Declaration of Proof of Service, upon each of the entities named below in the manner described, as follows:

**Copy to Debtor(s) addressed to:**
VLADIMIR GRIBOVSKY
6301 BAY RIDGE ROAD
MOUND, MN   55364

**Additional Copy(s) by electronic mail or by first class U.S. mail postage prepaid addressed to:**
Wilford, Geske & Cook P.A.
7616 Currell Blvd, Suite 200
Woodbury MN 55125-4393

GEORGE E. WARNER, JR
120 S 6TH STREET
SUITE 1515
MINNEAPOLIS MN   55402-1817

and I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: January 3, 2024

                                              /e/ Shannon Haselman
                                              Shannon Haselman
                                              Chapter 13 Office