# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

VLADIMIR GRIBOVSKY

Debtor

Case No. 23-41703

Chapter 13 Case

## RESPONSE TO OBJECTIONS TO CONFIRMATION

Vladimir Gribovsky, by and through his undersigned attorney, hereby agrees the pending chapter 13 plan is not confirmable, and that the court should deny confirmation. The Debtor will present a new plan at a later date for consideration.

**DATED:** January 24, 2024

**/e/ JOHN D. LAMEY III, ESQ.**
LAMEY LAW FIRM, P.A.
John D. Lamey III, Esq.
980 Inwood Avenue North
Oakdale, MN 55128
651.209.3550